## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-01868-RBJ

TERRENCE M. WYLES,

     Plaintiff,

v.

ALLEN ZACHARY SUSSMAN, et al

    Defendants.

---

## JOINT STATUS REPORT

---

The parties hereto submit the following joint status report as to the status of the

related Arapahoe County matter.

Trial in the Arapahoe County matter has been reset for July 19, 2021.

Respectfully submitted this 23rd day of April 2020.

Original retained in the offices of the undersigned     Original retained in the offices of the undersigned


  s/ Robert Zavalia Jr._____        s/ Samuel M. Ventola_____
Robert Zavaglia, Jr., Esq.                             Samuel M. Ventola
Treece Alfrey Musat P.C.                            Ventola Law
633 17th Street, Suite 2200                       1775 Sherman Street, Suite 1650
Denver, CO 80202                                 Denver, CO  80203
Telephone: (303)292-2700                        Telephone Number: (303) 864-9797
Email: zavaglia@tamlegal.com                   Fax Number: (303) 496-6161
                                               Email: Sam@SamVentola.com

Attorneys for Defendants Allen Z. Sussman
and Loeb & Loeb LLP                                  Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April 2021, a true and correct copy of the foregoing Joint Status Report was served via ECF filing on all counsel of record, and that counsel has served a copy of the motion upon the Defendants in this matter.

An original signed copy is retained in the offices of the undersigned.

s/  Samuel Ventola